1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5    SAMUEL DEL CIELO,                )
                                      )
6                Plaintiff,           )
                                      )        NO.  CV-09-0123-JPH
7        vs.                          )
                                      )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,               )             **CIVIL CASE**
     Commissioner of Social Security, )
9                                     )
                 Defendant.           )
10                                    )
                                      )
11   _____ )

12       **DECISION BY THE COURT:**

13           This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15           **IT IS ORDERED AND ADJUDGED** that:

16           Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17   Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18           DATED this 2nd day of September, 2010.

19                                        JAMES R. LARSEN
                                          District Court Executive/Clerk
20

21

22                                        by:   s/Pamela A. Howard
                                               Deputy Clerk
23

24

25

26   cc: all counsel